■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ATTEBURRY, Also Known as MICHAEL ATTEBERRY, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered April 24, 1989, convicting defendant upon his plea of guilty of criminal sale of a controlled substance in the fifth degree, and sentencing him to an indeterminate term of imprisonment of 2 to 4 years, unanimously affirmed.

Judgment, of the same court and Justice, rendered April 24, 1989, convicting defendant upon his plea of guilty of attempted criminal sale of a controlled substance in the third degree, and sentencing him to an indeterminate term of imprisonment of 2 to 4 years, unanimously modified on the law and the facts to reduce the conviction to criminal sale of a

controlled substance in the fifth degree, and otherwise affirmed.

As the People concede, the clear purpose and intent of the plea agreement was to have defendant enter a second guilty plea to the crime of criminal sale of a controlled substance in the fifth degree. Since defendant received the bargained for term of imprisonment, there is no need to remand for resentencing. *(People v Edwards,* 41 AD2d 707.) Concur—Rosenberger, J. P., Ellerin, Kupferman, Asch and Smith, JJ.